RECEIVED

NOV 1 8 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **CLARENCE SAMUELS** | **CIVIL ACTION NO. 04-779-S** |
| **VERSUS** | **JUDGE WALTER** |
| **CAPTAIN CHRISTIAN, ET AL.** | **MAGISTRATE JUDGE PAYNE** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by the plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that plaintiff's claim is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this ____18____ day of ____November____, .

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE